UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.:   CV-17-7860-R                                                          DATE: October 16, 2018

TITLE:   Sandy Delgadillo, et al. -v- County of Los Angeles, et al.
===================================================================
PRESENT:   <u>HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE</u>

<u>Christine Chung</u>                                                              <u>   N/A   </u>
Deputy Clerk                                                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                                                         Not present

PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

     Plaintiffs' former counsel, Jamon Hicks and Eean L. Boles of the Douglas Hicks Firm advised the court that counsel were not able to communicate with their clients. Current counsel of record for plaintiffs, Benjamin Rudin has stated the same. The Court ordered Plaintiffs to file a status report explaining how plaintiffs intended to proceed in this matter.  In Mr. Rudin's Status Report, Mr. Rudin explains that despite his attempts to contact plaintiffs, he has not been able to communicate with them.

     Plaintiff(s) is now ordered to show cause in writing no later than <u>October 18, 2018</u>  why this action should not be dismissed for lack of prosecution.

     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order will result in the dismissal of the action.

**MINUTES FORM II**                                                        Initials of Deputy Clerk __CCH__
**CIVIL - GEN**