JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDY DELGADILLO, et al., | ) | Case No. CV-17-7860-R |
|     Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | **BY LACK OF PROSECUTION** |
| v. | ) | |
| COUNTY OF LOS ANGELES, et al., | ) | |
| | ) | |
|     Defendant(s). | ) | |

Plaintiff was ordered to show cause in writing by not later than **October 18, 2018** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: October 19, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE